DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

STATE OF FLORIDA,

Appellant,

v.

JUAN JOSE SALAZAR-DIAZ,

Appellee.

No. 2D22-4222

————————————————————

December 27, 2023

Appeal from the Circuit Court for Sarasota County; Rochelle T. Curley, Judge.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellant.

Juan Jose Salazar-Diaz, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.